UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CAROLINA ACON,
on behalf of themselves, FLSA Collective Plaintiffs, and
The Class,

                   Plaintiff,

-against-

LONG ISLAND GAY AND LESBIAN YOUTH, INC.,
d/b/a THE LGBT NETWORK, DAVID KILMNICK,
and ROBERT VITELLI

                   Defendant.
-------------------------------------------------------------X

Case No.: 21-cv-4642 (WFK)(CLP)

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

IT IS STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff, CAROLINA ACON, and Defendants, LONG ISLAND GAY AND LESBIAN YOUTH, INC. d/b/a THE LGBT NETWORK, DAVID KILMNICK AND ROBERT VITELLI, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, that this action is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and without costs or fees to either party;

IT IS FURTHER STIPULATED AND AGREED, that this Stipulation may be executed in counterparts and facsimile signatures shall be deemed originals for the purpose of filing.

| | |
|---|---|
| Dated: October 7, 2024 | Dated: September __, 2024 |
| **LAW OFFICE OF WILLIAM IGBOKWE** | **KAUFMAN DOLOWICH, LLP** |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| By: _____ | By: _____ |
| Daniel Needham, Esq. | Keith Gutstein, Esq. |
| 28 Liberty Street, 6th Floor, New York, | Rashmee Sinha, Esq. |
| New York 10005 | Amanda Varrone, Esq. |
| daniel@iwlaws.com | 135 Crossways Park Drive, Suite 201 |
| | Woodbury, NY 11797 |
| | kgutstein@kaufmandolowich.com |
| | rsinha@kaufmandolowich.com |

The application is __X__ granted. ____ denied.
SO ORDERED
s/ WFK
_____
William F. Kuntz, II, U.S.D.J.
Dated: Oct. 7, 2024
Brooklyn, New York

15